IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:18-cr-123 |
| EMANUEL SPRINGSTEEN, | |
| Defendant. | |

## O R D E R

The Court **DENIES** Defendant's Motion to Correct Omission in Judgment Form. (Doc. 56). As the Court explained in its August 9, 2024, Order denying a similar request, (doc. 55), the Court has no authority to revisit Defendant's sentence in the manner he requests. Moreover, even if it had such authority, it would not do so. To the extent Defendant challenges the calculation of his sentence, he would first have to exhaust his administrative remedies. Even if he had exhausted his administrative remedies, he would have to bring his request pursuant to 28 U.S.C. § 2241 in the district of his conviction.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA